**Motion Granted in Part; Order filed August 21, 2018.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-18-00198-CR
_____

**FREDRICK WAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1143134**

---

## ORDER

Appellant is represented by appointed counsel, Keisha LaShanne Smith. Appellant's brief was originally due May 31, 2018. We have granted two requests for extension of time to file appellant's brief through August 3, 2018. No brief was filed. On August 16, 2018, counsel filed a further request for extension of time to file appellant's brief.

We grant the request for extension in part and issue the following order.

We order Keisha LaShanne Smith to file a brief with the clerk of this court on or before September 17, 2018. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM